IN THE U.S. DISTRICT COURT
IN PORTLAND, OREGON    FILED 9 NOV '20 10:48USDC-ORP

CRAIG BELKNAP,　　　　　CASE NO.　　　3:20-cv-1989 SI
　PETITIONER
V.　　　　　　　　　　　① MOTION TO ENJOIN ALPHABET, INC
ALPHABET, INC,　　　　ET AL FROM CENSORING BREITBART;
GOOGLE, INC,　　　　　② MOTION TO FILE AND PROCEED
YOUTUBE, INC,　　　　　IN FORMA PAUPERIS
　RESPONDENT

I, CRAIG MURRAY BELKNAP, FILE THIS MOTION TO ASK

THE COURT TO ORDER ALPHABET, INC TO STOP CENSORING

BREITBART NEWS ONLINE BY DELETING THE "POSTS"

WHICH FOLLOW BREITBART'S NEWS STORIES.

## BACKGROUND

UNTIL RELATIVELY RECENTLY, I DID NOT OBSERVE

ALPHABET, INC DELETING THE CITIZEN "POSTS" WHICH

ACCOMPANY AND FOLLOW NEWS STORIES THAT APPEAR ON

THE ON-LINE NEWS SERVICE "BREITBART."

HOWEVER, LATELY, ALPHABET, INC HAS BEEN DOING SO. OFTEN,

I ASK THE COURT, PURSUANT TO THE 1st AMENDMENT

AND PURSUANT TO SECTION 230 OF THE FEDERAL COM-

PAGE 1 OF 2

MUNICATIONS LAW, I ASK THE FEDERAL COURT TO ORDER ALPHABET, INC TO DISCONTINUE DELETING THE CITIZEN "POSTS" APPEARING WITH BREITBART NEWS STORIES.

RESPECTFULLY SUBMITTED,

PETITIONER PRO SE, *[signed]* CRAIG BELKNAP

BECAUSE I AM INDIGENT, I ASK THE COURT TO PERMIT ME TO FILE AND PROCEED IN FORMA PAUPERIS.

I SOLEMNLY SWEAR, PURSUANT TO TITLE 28 USC §1746, THAT I HAVE MAILED A COPY OF THIS DOCUMENT TO:

ALPHABET, INC

1600 AMPHITHEATER PARKWAY

MOUNTAIN VIEW, CA 94043

ON FRIDAY, 6 NOVEMBER, 2020

PETITIONER: *[signed]* CRAIG BELKNAP

DATE: FRIDAY, 6 NOVEMBER, 2020

PAGE 2 OF 2